**Michael J. GARSOW, Claimant–Appellant,**

v.

**Robert A. McDONALD, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2014–7023.**

United States Court of Appeals, Federal Circuit.

Nov. 10, 2014.

Nicholas L. Phinney, Chisholm Chisholm & Kilpatrick, Ltd., of Providence, Rhode Island, argued for claimant-appellant. Of counsel were Robert V. Chisholm and Zachary Stolz.

Amanda Tantum, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. On the brief were Stuart F. Delery, Assistant.

Attorney General, Robert E. Kirschman, Jr., Director, and Martin F. Hockey, Jr., Assistant Director. Of counsel was Eric P. Bruskin, Trial Attorney. Of counsel on the brief were Y. KEN LEE, Deputy Assistant General Counsel, and Amanda R. Blackmon, Staff Attorney, United States Department of Veterans Affairs, of Washington, DC. Of counsel were Michael J. Timinski, Deputy Assistant General Counsel, and Joshua Mayer, Attorney.

WALLACH, TARANTO, and CHEN, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**